GEORGE W. COUGLE, Appellant, v. MAURICE O'KEEFE, as Commissioner of Public Safety of the City of Yonkers, Respondent.— Motion for leave to appeal to the Court of Appeals denied on the ground that the only authority for an appeal in a case of this kind is section 138 of the Second Class Cities Law,* and such section does not authorize an appeal to the Court of Appeals. Blackmar, P. J., Putnam, Kelly and Manning, JJ., concur; Rich, J., not voting.

In the Matter of the Application of FRANCES ANNE BALLARD for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present— Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

MARY MATTHEWS, Respondent, v. SOLOMON SPRUNG and HARRY J. SPRUNG, Individually and as Executors, etc., of ISAAC SPRUNG, Deceased, Appellants. (In re physical examination of plaintiff.) — In view of the consent of plaintiff's counsel in open court on December sixteenth, that defendant may have a physical examination of plaintiff on Monday, December 19, 1921, by a physician to be named by the justice holding the Trial Term at Westchester county, the present motion for a stay of the trial is denied; and upon plaintiff submitting to such physical examination, the temporary stay in the order to show cause is vacated. Blackmar, P. J., Putnam, Kelly and Manning, JJ., concur; Rich, J., not voting.

MARY MATTHEWS, Respondent, v. SOLOMON SPRUNG and HARRY J. SPRUNG, Individually and as Executors, etc., of ISAAC SPRUNG, Deceased, Appellants. (In re change of place of trial.) — Motion for stay denied, and stay in order to show cause vacated, with ten dollars costs. Blackmar, P. J., Putnam, Kelly and Manning, JJ., concur; Rich, J., not voting.

EMIL J. STEHLI, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Blackmar, P. J., Putnam, Kelly and Manning, JJ., concur; Rich, J., not voting.

FREDERICK C. STURMER, Respondent, v. SAMUEL S. JONES, Appellant.— (2 cases.) — Motion to dismiss appeal denied, and default opened on appellant's payment of ten dollars costs to respondent within five days, and perfecting the appeal for the January term, so that appellant be ready to argue same on Monday, January 9, 1922, for which day the cause is specially set down. Otherwise motion to dismiss appeal granted, with ten dollars costs, and motion to extend appellant's time will be denied, with ten dollars costs. Blackmar, P. J., Putnam, Kelly and Manning, JJ., concur; Rich, J., not voting

CHARLES L. ALLERS, Appellant, v. OLGA S. ALLERS, Respondent. (Appeal No. 1.) — Order modified by reducing the alimony from fifty dollars to thirty dollars a week, and as so modified affirmed, upon the ground that in view of the facts that the wife has sold the Staten Island home and so made it impossible for the husband to support the family there, and has taken up her residence with her mother at White Plains, and is herself of far greater pecuniary means than her husband, we think that reduced allowance should be made from his small earnings for her support there and that of her children, so far as they may reside with her. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

* Amd. by Laws of 1910, chap. 266. See 199 App. Div. 935.— [REP.